UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
======================================

EDWARD R. BLAKE
ROXANNE R. BLAKE
8334 Merrill Place
Eden, New York 14057

        Plaintiffs,

    -against-                      **CERTIFICATE OF MERIT**

UNITED STATES OF AMERICA

                                        **CIVIL CASE NO.**

        Defendant.
======================================

    I, JOY ELLEN MISERENDINO, attorney for Plaintiffs, hereby certify that I have reviewed the facts of this case and have consulted with at least one physician who is licensed to practice in the State of New York and who I reasonably believe is knowledgeable in the relevant issues involved in this action. I have concluded on the basis of my review and consultation that there is a reasonable basis for the commencement of this action.

DATED:    July 23, 2010
               Buffalo, New York

_____
Joy Ellen Miserendino, Esq.
Attorney for the Plaintiffs
295 Main Street, 964 Ellicott Square Building
Buffalo, New York 14202
716-854-1002